ENRIQUE MARINEZ (SBN 160956)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 500
Redwood City, CA 94063-2052
Telephone: (650) 364-8200
Facsimile: (650) 780-1701
Email: emarinez@rmkb.com

GEOFFREY W. HEINEMAN (*pro hac*)
KIRSTEN M. LEE (*pro hac*)
ROPERS, MAJESKI, KOHN & BENTLEY
750 Third Avenue, 25th Floor
New York, NY 10017
Telephone: (212) 668-5927
Facsimile: (212) 668-5929
Email: gheineman@rmkb.com
klee@rmkb.com

Attorneys for Defendant
ENDURANCE AMERICAN SPECIALTY
INSURANCE CO.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PCCP, LLC and REDWOOD CAPITAL FINANCE COMPANY, LLC<br><br>Plaintiffs,<br><br>v.<br><br>ENDURANCE AMERICAN SPECIALTY INSURANCE CO.; et al.,<br><br>Defendants. | CASE NO. C 12-00447 YGR<br><br>**STIPULATION AND [PROPOSED] ORDER AMENDING CASE MANAGEMENT AND PRETRIAL ORDER DATED AUGUST 27, 2012** |

Plaintiffs PCCP, LLC and Redwood Capital Finance Company, LLC, and defendant Endurance American Specialty Insurance Company, jointly agree to modify the Case Management and Pretrial Order dated August 27, 2012, to reflect the following Pretrial Schedule:

**AMENDED PRETRIAL SCHEDULE**

| | |
|---|---|
| Non-Expert Discovery Cutoff: | 7/30/13 |
| Disclosure of Experts (Retained/Non-Retained: | Opening: 8/3/13<br>Rebuttal: 8/30/13 |

RC1/6874205.1/AR3

STIPULATION AND [PROPOSED] ORDER
AMENDING CM AND PRETRIAL ORDER
NO. C12-0447-YGR

*Ropers Majeski Kohn & Bentley*
*A Professional Corporation*
*Redwood City*

| | |
|---|---|
| Case Management Conference: | 8/26/13 at 2:00 p.m. |
| Expert Discovery Cutoff: | 9/26/13 |
| Joint Pretrial Conference Statement: | 9/27/13 |
| Pretrial Conference: | Friday 10/11/13 at 9:00 a.m. |
| Trial Date and Length: | Monday, 10/28/13 at 8:30 a.m., for (TDB) days (Jury Trial) |

IT IS SO STIPULATED:

Dated: March 19, 2013          SHARTSIS FRIESE LLP


By:  */s/ Anthony B. Leuin*
    ANTHONY B. LEUIN
    FELICIA A. DRAPER
    Attorneys for Plaintiffs
    PCCP, LLC and REDWOOD CAPITAL
    FINANCE COMPANY, LLC

Dated: March 19, 2013          ROPERS, MAJESKI, KOHN & BENTLEY


By:  */s/ Enrique Marinez*
    GEOFFREY W. HEINEMAN
    ENRIQUE MARINEZ
    KIRSTEN M. LEE
    Attorneys for Defendant
    ENDURANCE AMERICAN SPECIALTY
    INSURANCE CO.

IT IS SO ORDERED.

Dated: April 9, 2013

HONORABLE YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE

RC1/6874205.1/AR3         - 2 -         STIPULATION AND [~~PROPOSED~~] ORDER
                                        AMENDING CM AND PRETRIAL ORDER
                                        NO. C12-0447-YGR