1  ENRIQUE MARINEZ (SBN 160956)
   ROPERS, MAJESKI, KOHN & BENTLEY
2  1001 Marshall Street, Suite 500
   Redwood City, CA 94063-2052
3  Telephone:  (650) 364-8200
   Facsimile:  (650) 780-1701
4  Email:      emarinez@rmkb.com

5

6  GEOFFREY W. HEINEMAN (*pro hac*)
   ROPERS, MAJESKI, KOHN & BENTLEY
7  750 Third Avenue, 25th Floor
   New York, NY 10017
   Telephone:  (212) 668-5927
8  Facsimile:  (212) 668-5929
   Email:      gheineman@rmkb.com
9
   Attorneys for Defendant
10 ENDURANCE AMERICAN SPECIALTY
   INSURANCE CO.

11

12               UNITED STATES DISTRICT COURT

13               NORTHERN DISTRICT OF CALIFORNIA

14

| 15 | PCCP, LLC and REDWOOD CAPITAL FINANCE COMPANY, LLC | CASE NO. C 12-00447 YGR |
|---|---|---|
| 16 | | **STIPULATION AND [PROPOSED] ORDER CONTINUING THE PARTIES' CROSS MOTIONS FOR SUMMARY JUDGMENT** |
| 17 | Plaintiffs, | |
| 18 | v. | Date: June 11, 2013<br>Time: 2:00 p.m. |
| 19 | ENDURANCE AMERICAN SPECIALTY INSURANCE CO.; et al., | Ctrm: 5<br>Judge: Hon. Yvonne Gonzalez Rogers |
| 20 | Defendants. | |

21

22      Plaintiffs PCCP, LLC and Redwood Capital Finance Company, LLC and defendant

23 Endurance American Specialty Insurance Company jointly agree to continue the hearing date on

24 the parties' cross-motions for summary judgment currently scheduled for June 11, 2013.  The

25 request for continuance on the hearing date is based upon Endurance American Specialty

26 Insurance Company's counsel, Enrique Marinez, Ropers Majeski Kohn & Bentley, unavailability

27 based upon his son's graduation.  The parties request that the hearing date be continued to

28 June 18, 2013.  If the Court is unavailable for hearing on June 18, 2013, the parties' alternative

date for hearing is June 25, 2013.

IT IS SO STIPULATED:

Dated: May 20, 2013                  SHARTSIS FRIESE LLP

By: /s/ Anthony B. Leuin
    ANTHONY B. LEUIN
    FELICIA A. DRAPER
    Attorneys for Plaintiffs
    PCCP, LLC and REDWOOD CAPITAL
    FINANCE COMPANY LLC

Dated: May 20, 2013                  ROPERS, MAJESKI, KOHN & BENTLEY

By: /s/ Enrique Marinez
    ENRIQUE MARINEZ
    GEOFFREY W. HEINEMAN
    Attorneys for Defendant
    ENDURANCE AMERICAN
    SPECIALTY INSURANCE CO.

## **ORDER**

The hearing on the parties' cross-motions for summary judgment is hereby **CONTINUED** from June 11, 2013 to **July 9, 2013**, at **2:00 p.m.**

Dated: May 29, 2013

_____
HONORABLE YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE