1   ENRIQUE MARINEZ (SBN 160956)
    ROPERS, MAJESKI, KOHN & BENTLEY
2   1001 Marshall Street, Suite 500
    Redwood City, CA  94063-2052
3   Telephone:    (650) 364-8200
    Facsimile:    (650) 780-1701
4   Email:        emarinez@rmkb.com

5

    GEOFFREY W. HEINEMAN (*pro hac*)
6   ROPERS, MAJESKI, KOHN & BENTLEY
    750 Third Avenue, 25th Floor
7   New York, NY  10017
    Telephone:    (212) 668-5927
8   Facsimile:    (212) 668-5929
    Email:        gheineman@rmkb.com
9
    Attorneys for Defendant
10  ENDURANCE AMERICAN SPECIALTY
    INSURANCE CO.
11

12                 UNITED STATES DISTRICT COURT

13              NORTHERN DISTRICT OF CALIFORNIA

14

15  PCCP, LLC and REDWOOD CAPITAL          CASE NO.  C 12-00447 YGR
    FINANCE COMPANY, LLC
16                                         **STIPULATION AND [~~PROPOSED~~] ORDER
                  Plaintiffs,              CONTINUING THE PARTIES' CROSS
17                                         MOTIONS FOR SUMMARY JUDGMENT**
    v.
18                                         **Date:     June 11, 2013**
    ENDURANCE AMERICAN                     **Time:     2:00 p.m.**
19  SPECIALTY INSURANCE CO.; et al.,       **Ctrm:     5**
                                           **Judge:    Hon. Yvonne Gonzalez Rogers**
20                Defendants.

21

22          Plaintiffs PCCP, LLC and Redwood Capital Finance Company, LLC and defendant

23  Endurance American Specialty Insurance Company jointly agree to continue the hearing date on

24  the parties' cross-motions for summary judgment currently scheduled for June 11, 2013.  The

25  request for continuance on the hearing date is based upon Endurance American Specialty

26  Insurance Company's counsel, Enrique Marinez, Ropers Majeski Kohn & Bentley, unavailability

27  based upon his son's graduation.  The parties request that the hearing date be continued to

28  June 18, 2013.  If the Court is unavailable for hearing on June 18, 2013, the parties' alternative

RC1/6957833.1/LD

*Ropers Majeski Kohn & Bentley*
*A Professional Corporation*
*Redwood City*

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City

1   date for hearing is June 25, 2013.

2          IT IS SO STIPULATED:

3   Dated: May 20,2013                          SHARTSIS FRIESE LLP

4

5                                               By: /s/ Anthony B. Leuin
                                                    ANTHONY B. LEUIN
6                                                   FELICIA A. DRAPER
                                                    Attorneys for Plaintiffs
7                                                   PCCP, LLC and REDWOOD CAPITAL
                                                    FINANCE COMPANY LLC
8

9   Dated: May 20,2013                          ROPERS, MAJESKI, KOHN & BENTLEY

10

11                                              By: /s/ Enrique Marinez
                                                    ENRIQUE MARINEZ
12                                                  GEOFFREY W. HEINEMAN
                                                    Attorneys for Defendant
13                                                  ENDURANCE AMERICAN
                                                    SPECIALTY INSURANCE CO.

14

15                                    **ORDER**

16        The hearing on the parties' cross-motions for summary judgment is hereby **CONTINUED**

17   from June 11, 2013 to **July 9, 2013**, at **2:00 p.m.**

18   Dated:  May 29, 2013

19

20   _____
     HONORABLE YVONNE GONZALEZ ROGERS
     UNITED STATES DISTRICT COURT JUDGE

21

22

23

24

25

26

27

28

RC1/6957833.1/LD                   - 2 -          STIPULATION AND [PROPOSED] ORDER
                                                  CONT. CROSS MTNS FOR SUMM JUDG
                                                  NO. C12-00447 YGR